IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER M. STONE,** | : | **CIVIL NO. 1:15-CV-1002** |
| | : | |
| Petitioner | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **TAMMY FERGUSON,** | : | |
| **PA STATE ATTORNEY GENERAL,** | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this 5th day of June, 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 2), is GRANTED for the sole purpose of filing this action.

2. The petition for writ of habeas corpus is DISMISSED without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

3. The Clerk of Court is directed to CLOSE this case.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania